IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER SENG,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **LTC ENTERPRISES, INC., ET AL.,** | : | |
| Defendants. | : | NO.:   12-00931 |

### O R D E R

     **AND NOW, TO WIT:** This 30th day of May, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.   The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.


                                      **MICHAEL E. KUNZ**, Clerk of Court


                                  **BY:**   /s/ Patricia A. Cardella
                                        Patricia A. Cardella, Deputy Clerk to
                                        Judge Lawrence F. Stengel


Copies e-mailed to the following
counsel on April 30, 2012:

Jason M. Rapa, Esquire